JS-6

Gregg S. Garfinkel, Esq., S.B. #156632
ggarfinkel@stonedeanlaw.com
STONE | DEAN LLP
21052 Oxnard Street
Woodland Hills, California 91367
Tel: (818) 999-2232
Fax: (818) 999-2269

Attorneys for Defendant,
United Van Lines, limited liability company

# UNITED STATES DISTRICT COURT

# CENTRAL

| | |
|---|---|
| SUSIE BEIERSDORF<br><br>  Plaintiff,<br><br>v.<br><br>UNITED VAN LINES, limited liability company; and DOES 1 through 20, inclusive<br><br>  Defendants. | Case No.: 5:23-cv-00876 DTB<br>*[Complaint filed: 5/16/2023]*<br>*[Assigned for all Purposes to the Honorable David T. Bristow, Ctrm. Ctrm 4]*<br><br>**[PROPOSED] ENTRY OF JUDGMENT AFTER ACCEPTANCE OF OFFER OF JUDGMENT**<br><br>[FRCP, RULE 68] |

**TO ALL PARTIES AND THEIR ATTORNEY'S OF RECORD:**

This Court, having been notified that Defendant, United Van Lines, LLC. ("Defendant"), served a Federal Rule of Civil Procedure, Rule 68 Offer of Judgment ("Offer") upon the Plaintiff, Susie Beiersdorf ("Plaintiff"), and that Plaintiff timely accepted Defendant's Offer, hereby enters judgment as follows:

1  Plaintiff is to take the sum of Sixty Thousand Dollars and No Cents
2  ($60,000.00) against Defendant with each party to bear their own attorney's
3  fees, costs, and liens.
4  IT IS SO ORDERED.

6  Dated: January 29, 2025

11  Honorable David T. Bristow